B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Advanced Roofing & Woodworking, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**36-4065987** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**29W225 North Avenue**<br>**West Chicago, IL**<br>ZIP Code **60185** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)
☐ Chapter 7                  ☐ Chapter 15 Petition for Recognition
☐ Chapter 9                     of a Foreign Main Proceeding
■ Chapter 11
☐ Chapter 12                 ☐ Chapter 15 Petition for Recognition
☐ Chapter 13                    of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts,         ■ Debts are primarily
  defined in 11 U.S.C. § 101(8) as               business debts.
  "incurred by an individual primarily for
  a personal, family, or household purpose."

**Filing Fee** (Check one box)
■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the
  debtor is unable to pay fee except in installments. Rule 1006(b). See Official
  Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
  are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
  in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Advanced Roofing & Woodworking, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Advanced Roofing & Woodworking, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Teresa L Einarson**
Signature of Attorney for Debtor(s)

**Teresa L Einarson 6198676**
Printed Name of Attorney for Debtor(s)

**Thomas & Einarson, Ltd.**
Firm Name

**1200 Roosevelt Road
Suite 150
Glen Ellyn, IL 60137**

Address

**630-562-2280  Fax: 630-953-1972**
Telephone Number

**August 8, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Charles Hankins**
Signature of Authorized Individual

**Charles Hankins**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 8, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B1 (Official Form 1)(04/13)  Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Advanced Roofing & Woodworking, Inc. |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Attorney*

X */s/ Teresa L Einarson*
Signature of Attorney for Debtor(s)

Teresa L Einarson 6198676
Printed Name of Attorney for Debtor(s)

Thomas & Einarson, Ltd.
Firm Name

1200 Roosevelt Road
Suite 150
Glen Ellyn, IL 60137
Address

630-562-2280  Fax: 630-953-1972
Telephone Number

8-8-2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Charles Hankins*
Signature of Authorized Individual

Charles Hankins
Printed Name of Authorized Individual

President
Title of Authorized Individual

8-8-2015
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Advanced Roofing & Woodworking, Inc.**          Case No.
                                   Debtor(s)            Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ABC Supply Co<br>c/o Whiteman Law Offices<br>118 N. Clinton Street, Suite 17<br>Chicago, IL 60661 | ABC Supply Co<br>c/o Whiteman Law Offices<br>118 N. Clinton Street, Suite 17<br>Chicago, IL 60661 | Trade Debt (Judgment for cost of materials, interest, attorneys fees) | | 350,729.00 |
| Advanced Roofing Team<br>3601 IL-53<br>Rolling Meadows, IL 60008 | Advanced Roofing Team<br>3601 IL-53<br>Rolling Meadows, IL 60008 | Trade Deb t | | 15,657.75 |
| Allied Building Products Corp<br>c/o Teller Levit Silvertrust PC<br>19 S LaSalle St, Suite 701<br>Chicago, IL 60603 | Allied Building Products Corp<br>c/o Teller Levit Silvertrust PC<br>19 S LaSalle St, Suite 701<br>Chicago, IL 60603 | Judgment - $59,141 including supplementary proceeding costs unsatisfied | | 59,141.00 |
| Capital Premium Finance<br>PO Box 660899<br>Dallas, TX 75266 | Capital Premium Finance<br>PO Box 660899<br>Dallas, TX 75266 | Current General Liability Insurance | | 26,330.32 |
| Carlisle Roofing Systems Inc<br>PO Box 7000<br>Carlisle, PA 17013 | Carlisle Roofing Systems Inc<br>PO Box 7000<br>Carlisle, PA 17013 | Warranty for roof | | 7,650.00 |
| CNA Insurance<br>PO Box 6065-02<br>Hermitage, PA 16148 | CNA Insurance<br>PO Box 6065-02<br>Hermitage, PA 16148 | Insurance | | 26,671.15 |
| First Insurance Funding<br>450 Skokie Blvd<br>suite 1000<br>Northbrook, IL 60062 | First Insurance Funding<br>450 Skokie Blvd<br>suite 1000<br>Northbrook, IL 60062 | Balance due-insurance payments made by creditor. | | 8,700.87 |
| IDES<br>Benefit Payment Control Division<br>PO Box 4385<br>Chicago, IL 60680 | IDES-Collections Section<br>33 S State St, 10th Floor<br>Chicago, IL 60603-2802 | R2014-030100 recorded 04/14/2004 | Disputed | 34,725.82 |
| IDOR<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | IDOR<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | R2013-141993 recorded 10/08/2013 | Disputed | 18,332.70 |

B4 (Official Form 4) (12/07) - Cont.

In re **Advanced Roofing & Woodworking, Inc.**     Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Insulation Plus** c/o Heyl, Royster, Voelker, Allen PO Box 1288 Rockford, IL 61105 | **Insulation Plus** c/o Heyl, Royster, Voelker, Allen PO Box 1288 Rockford, IL 61105 | **3 judgments - collections (Cook-$236,431; DuPage - $38,315; DuPage - $33,828** | **Disputed** | 308,574.00 |
| **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19101-7346 | **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19101-7346 | **File No. 0790079 filed with Secretary of State on 7/20/2015** | **Disputed** | 29,172.00 |
| **Liberty Mutual Insurance** PO Box 9502 Doverf, NH 03821-9502 | **Liberty Mutual Insurance** PO Box 9502 Doverf, NH 03821-9502 | **WC insurance payments and audit** | | 32,141.60 |
| **M&A Truck Repairs** 1480 Imhoff Drive Lake In The Hills, IL 60156 | **M&A Truck Repairs** 1480 Imhoff Drive Lake In The Hills, IL 60156 | **Vehicle repairs** | | 13,765.68 |
| **North Coast** 1640 Fullerton Court Glendale Heights, IL 60190 | **North Coast** 1640 Fullerton Court Glendale Heights, IL 60190 | **Trade Debt-roofing materials** | | 36,538.19 |
| **Pat Pesch** 5147 Foxhunt Drive Wesley Chappel, FL 33543 | **Pat Pesch** 5147 Foxhunt Drive Wesley Chappel, FL 33543 | **Trade Debt-roofing expenses** | | 108,500.00 |
| **Rave Ltd** 805 Lunt Ave Schaumburg, IL 60193 | **Rave Ltd** 805 Lunt Ave Schaumburg, IL 60193 | **Loan for crane payoff** | | 36,250.00 |
| **Richards Building Supply Co** c/o Connonito & Assoc., Ltd 12070 W 159th St Homer Glen, IL 60491 | **Richards Building Supply Co** c/o Connonito & Assoc., Ltd 12070 W 159th St Homer Glen, IL 60491 | **3 pending collection suits - Cook #2014CH17872 for 1,653; DuPage 2014CH2033 for 10,558; DuPage 2014CH2034 for 21,800** | **Unliquidated Disputed** | 49,011.00 |
| **Sheet Metal Supply** 262 S Shaddie Avenue Mundelein, IL 60060 | **Sheet Metal Supply** 262 S Shaddie Avenue Mundelein, IL 60060 | **Trade Debt-material** | | 8,885.20 |
| **Technician Roofing** c/o Gil Law Group 605 N Broadway Aurora, IL 60505 | **Technician Roofing** c/o Gil Law Group 605 N Broadway Aurora, IL 60505 | **Collection** | | 55,000.00 |
| **Vac It All Services** 4533 Green Park Road St Louis, MO 63123 | **Vac It All Services** 4533 Green Park Road St Louis, MO 63123 | **Trade Debt- roof vacuum** | | 17,250.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Advanced Roofing & Woodworking, Inc.**                                    Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 8, 2015**                    Signature   **/s/ Charles Hankins**
                                                       **Charles Hankins**
                                                       **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Advanced Roofing & Woodworking, Inc.
Debtor(s)

Case No. _____
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  8·8·2015              Signature  _/s/ Charles Hankins_
Charles Hankins
President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
A1 Repair
45 S Maple St
Elgin, IL 60232


ABC Supply Co
c/o Whiteman Law Offices
118 N. Clinton Street, Suite 17
Chicago, IL 60661


Advanced Roofing Team
3601 IL-53
Rolling Meadows, IL 60008


Affiliated Health Care
2229 W Chicago
Chicago, IL 60622


Air Gas
PO Box 802558
Chicago, IL 60680


Allied Building Products Corp
c/o Teller Levit Silvertrust PC
19 S LaSalle St, Suite 701
Chicago, IL 60603


AMB Roofing
c/o Short & McBride
2015 Johnsburg Rd
Johnsburg, IL 60050


Amerisafe
2301 Hwy 190 West
Derrider, LA 70634


Anthony Kubon
789 W Anthony Drive
Palatine, IL 60067


Auto Owners Insurance
PO Box 30315
Lansing, MI 48909
```

AXA Equiitable
PO Box 371459
Pittsburght, PA 15250


Baker Govern & Baker
7771 West Oakland Park Blvd
Suite 240 Atrium West Building
Ft Lauderdale, FL 33351


Bartlett Chamber of Commerce
138 S Oak Avenue
Bartlett, IL 60103


Better Business Bureau
330 N Wabash
Suite 2006
chicago, IL 60611


Biehl & Biehl Inc
PO Box 87410
Carol Stream, IL 60188


Brennan and Clark LTD
721 E Madison
Suite 200
Villa Park, IL 60181


Call One
180 W Washington
suite 910
Chicago, IL 60602


Cannon Financial Services
111 W Washington Street
Suite 1900
Chicago, IL 60602


Capital Premium Finance
PO Box 660899
Dallas, TX 75266


Carlisle Roofing Systems Inc
PO Box 7000
Carlisle, PA 17013

```
Chicago Flameproof
1200 S Lake St
Montgomery, IL 60538


Chris Stull, Esq.
29W204 Roosevelt Road
West Chicago, IL 60185


Cintas
PO Box 88005
Chicago, IL 60680


CNA Insurance
PO Box 6065-02
Hermitage, PA 16148


Colonial Pacific Leasing Corp
PO Box 35701
Billings, MT 59107-5701


Com Ed
PO Box 6111
Carol Stream, IL 60197


Comcast
PO Box 3002
South Eastern, PA 19398-3002


Corporate Investigation Bureau
555 N Pleasantburg Drive
Greenville,, SC 29607


Custom Gutter and Supply
28457 N Ballard Drive
Suite E
Lake Forest, IL 60045


Dallas National
5501 Lyndon B Johnson Fwy
Dallas, TX 75240


Detection Systems and Service
935 W Hawthorne
West Chicago, IL 60185
```

```
Edgerton and Edgerton
125 Wood St
West Chicago, IL 60185


Financial Control Solutions
PO Box 668
Germantown, WI 53022


Firestone Building Products
250 W 96th St
Indianapolis, IN 46260


First Data
PO Box 173845
Denver, CO 80217


First Insurance Funding
450 Skokie Blvd
suite 1000
Northbrook, IL 60062


Forest Trails
600 S Bartlett Road
Bartlett, IL 60103


Friendly Ford
333 E Irving Park Road
Roselle, IL 60172


H&K
29W225 North Avenue
West Chicago, IL 60185


Hackneys Classic Heating & Cooling
952 W lake St
Suite 1
Roselle, IL 60172


Heritage Harley
2595 Ogden Avenue
LIsle, IL 60053


HS Heating and Cooling
14306 S Surrey Court
Homer Glen, IL 60491
```

```
HY-tech Products
4705 Brookpark Road
Cleveland, OH 44134


IDES
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680


IDOR
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338


Insulation Plus
c/o Heyl, Royster, Voelker, Allen
PO Box 1288
Rockford, IL 61105


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


J&W Painting
3475 Sorrel Drive
Northbrook, IL 60062


Joe Zanko
1946 Glenrock Lane
Glendale Heights, IL 60139


Kropp Equipment
1020 Kennedy Ave
Schererville, IN 46375


Liberty Mutual Insurance
PO Box 9502
Doverf, NH 03821-9502


Lux Security Systems
3611 N Nottingham
Chicago, IL 60634
```

M&A Truck Repairs
1480 Imhoff Drive
Lake In The HIlls, IL 60156


Manufacturers News
1633 Central St
Evanston, IL 60201


Marie Kubon
789 W Anthony Drive
Palatine, IL 60067


Mark's Machine Shop
416 North Main St
Sycamore, IL 60178


Mary Kuly
0S611 Prince Crossing Road
West chicago, IL 60185


McCarthy Burgess & Wolff
26000 Cannon Road
cleveland, OH 44146


McMaster Carr
PO Box 7690
Chicago, IL 60680-7690


Menards
4777 Menards Drive
Eau Claire, WI 54703


Mountain West Legal Solutions
PO Box 57496
Murray, UT 84157


Nicor
PO Box 2020
Aurora, IL 60507


North Coast
1640 Fullerton Court
Glendale Heights, IL 60190

```
Novo Print
740 N Plankinton Ave
Suite 500
Milwaukee, WI 53230


Oak Brook Office Solutions
5403 Patten Drive
Unit 214
Lisle, IL 60532


Paladin Commercial Group Inc
12200 E Briarwood Ave
Suite 250
Centenial, CO 80112


Pat Pesch
5147 Foxhunt Drive
Wesley Chappel, FL 33543


Penske Truck
29 W 533 North Avenue
West Chicago, IL 60185


Pitney Bowes
PO Box 856460
Louisville, KY 40285


Plewa Developers
4637 N Ozark Ave
Norridge, IL 60706


Pro Fastening Systems
44 E University Drive
Arlington Heights, IL 60004


Purchase Power
PO Box 371874
Pittsburgh, PA 15250


Rave Ltd
805 Lunt Ave
Schaumburg, IL 60193
```

Residential Steel Fabricators Inc
1555 Gilpen Ave
South Elgin, IL 60177


Richards Building Supply Co
c/o Connonito & Assoc., Ltd
12070 W 159th St
Homer Glen, IL 60491


RMS
2001 6th Avenue
Seattle, WA 98121


RMZ Remodeling
6557 W Addison
apt 3E
Chicago, IL 60634


Ron Lipson
124 W Lemoyne
Lombard, IL 60148


Safety Services Company
2626 S Roosevelt
Suite 2
Tempe, AZ 85282


Sayers
8691 Solution Center
Chicago, IL 60677


Sheet Metal Supply
262 S Shaddie Avenue
Mundelein, IL 60060


Shelter Distribution
14500 Collections Center Drive
Chicago, IL 60693


STA Tax Defense
1275 Barclay Blvd
Buffalo Grove, IL 60089

```
Stuart-Lippman and Associates
5447 E 5th St
suite 110
Tuscon, AZ 85711


Sustainable Lighting
201 James Street
Bensenville, IL 60106


Technician Roofing
c/o Gil Law Group
605 N Broadway
Aurora, IL 60505


The Hartford Group
PO Box 660916
Dallas, TX 75266


Travelers Insurance
CL Remittance center
Hartford, CT 06183


TRS Recovery Services Inc
5251 Westheimer Road
Houston, TX 77056


Union National Bank
101 East Chicago St
Elgin, IL 60120


Vac It All Services
4533 Green Park Road
St Louis, MO 63123


Vela Insurance
11516 Nicholas
Suite 301
Omaha, NE 68154


Willard Kivisto
c/o Stephen Cleary, Esq
6832 W North Ave., Suite 4B
Chicago, IL 60707
```

```
Yellow Pages
PO Box 53282
Atlanta, GA 30355
```

# United States Bankruptcy Court
## Northern District of Illinois

In re **Advanced Roofing & Woodworking, Inc.**                              Case No.
                                             Debtor(s)                      Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Advanced Roofing & Woodworking, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■None [*Check if applicable*]

| | |
|---|---|
| **August 8, 2015** | **/s/ Teresa L Einarson** |
| Date | **Teresa L Einarson** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Advanced Roofing & Woodworking, Inc.** |
| | **Thomas & Einarson, Ltd.** |
| | **1200 Roosevelt Road** |
| | **Suite 150** |
| | **Glen Ellyn, IL 60137** |
| | **630-562-2280 Fax:630-953-1972** |