IN THE UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| | ) | |
| Advanced Roofing & Woodworking, Inc. | ) | CASE NO. 15-27325 |
| | ) | |
| DEBTOR | ) | HEARING DATE:  12/22/16 |
| | ) | 11:00 AM |

## NOTICE OF APPLICATION FOR ALLOWANCE OF FINALC OMPENSATION OF COUNSEL FOR ADVANCED ROOFING & WOODWORKING, INC.

TO:    See attached Service List

PLEASE TAKE NOTICE that on December 22, 2016, at 11:00 a.m., I shall appear before the Honorable Judge Jack B. Schmetterer, in Courtroom 682, of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the First and Final Application of Thomas & Einarson, Ltd. for Allowance of Compensation and Reimbursement of Expenses, a copy of which is herewith served upon you.

AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD

## CERTIFICATE OF SERVICE

I, Teresa L. Einarson, an attorney, certify that a copy of the above and foregoing was served upon the parties listed either electronically or by placing copies in envelopes and depositing the envelopes in the U.S. mail, first class mail, proper postage prepaid, on December 1, 2016

By:___Teresa L. Einarson_____

Teresa L. Einarson
Thomas & Einarson, Ltd.
1200 Roosevelt Rd, Ste 150
Glen Ellyn, IL  60138
Tel. (630) 562-2280

# SERVICE LIST

## ECF SERVICE:

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St.
Room 873
Chicago, IL 60604

Elizabeth Bates
Springer Brown LLC
300 S. County Farm Rd., Suite I
Wheaton, IL 60187

Mark J. McClenathan
Heyl Royster Voelker & Allen
120 West State Street
2nd Floor, PNC Bank Building
Rockford, IL 61101

Maura Yusof
Heyl Royster Voelker & Allen
19 S. LaSalle Street, Suite 1203
Chicago, IL 60603

## U.S. Mail Service:

Advanced Roofing & Woodworking, Inc.
29W225 North Ave.
West Chicago, IL 60185

ABC Supply Co. Inc.
Attn: Jodi Jothen
2901 Commerce Park Dr.
Fitchburg, WI 53719

Allied Building Products Corp.
Harrington/Jenny Santos
15 E. Union Ave.
East Rutherford, NJ 07073

Technician Roofing, Inc.
Attn: Calixto Perez
1480 Barnard Drive
Addison, IL 60101

MacArthur Co.
2400 Wyclift St.
St. Paul, MN 55114
Attn: Marcia Kaczmarek

Whiteman Law Offices
118 N. Clinton St., Ste. 17
Chicago, IL 60661

CNA Insurance
P.O. Box 6065-02
Hermitage, PA 16148

Advanced Roofing Team
3601 IL-53
Rolling Meadows, IL 60008

IDES Benefit Payment
Control Division
P.O. Box 4385
Chicago, IL 60680

Internal Revenue Service
c/o Michael Kelly
Asst. U.S. Atty
219 S. Dearborn, 5th Floor
Chicago, IL 60604

Liberty Mutual Insurance
P.O. Box 9502
Dover, NH 03821-9502

Richards Building Supply Co.
c/o Connonito & Assoc., Ltd.
12070 W. 159th St.
Homer Glen, IL 60491

Canon Financial Services
111 W. Washington St.
Suite 1900
Chicago, IL 60602

Canon Financial Services
Attn: L. Peterick
5600 Broken Sound Blvd.
Boca Raton, FL 33487

Vac It All Services
4533 Green Park Rd.
St. Louis, MO 63123

Pat Pesch
5147 Foxhunt Drive
Wesley Chappel, FL 33543

M & A Truck Repairs
1480 Imhoff Drive
Lake in the Hills, IL 60156

First Insurance Funding
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062

| | | |
|---|---|---|
| Vela Insurance<br>11516 Nicholas, Ste 301<br>Omaha, NE 68154 | ComEd<br>Attn: Bankruptcy Div.<br>3 Lincoln Center<br>Oakbrook Terrace, IL 60181 | MacArthur Co MN Corp<br>dba Insulation Plus<br>Mark J. McClenathan<br>Heyl Royster Voelker & Allen<br>120 W. State St. |
| AMB Roofing &<br>Sheet Metal<br>Richard Short<br>2015 Johnsburg Rd.<br>Johnsburg, IL 60051 | American Interstate<br>Insurance Co.<br>2301 Hwy 190<br>West Derrider, LA 70634 | PNC Building, 2nd Floor<br>Rockford, IL 61101<br><br>Residential Steel Fabricators, Inc<br>1555 Gilpen Avenue<br>South Elgin, IL 60177 |
| Auto Owners Insurance<br>P.O. Box 30315<br>Lansing, MI 48909 | Jeff Burns<br>Haskin Corrigan Tabis & Parravano PC<br>128 S. County Farm Rd, Ste A, Wheaton, IL 60187 | |

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| | ) | |
| Advanced Roofing & Woodworking, Inc. | ) | CASE NO. 15-27325 |
| | ) | |
| DEBTOR | ) | HEARING DATE:  12/22/16 |
| | ) | 11:00 AM |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:  Thomas & Einarson, Ltd.

Authorized to provide
professional services to:  Advanced Roofing & Woodworking, Inc.

Date of Order Authorizing Employment:  September 18, 2015 (docket #20)

Period for which compensation is sought:  August 10, 2015 through December 22, 2016

Amount of fees sought:  $61,644.00

Amount of expense reimbursement sought:  $789.82

This is an:   Interim Application_____      Final Application  X __

The aggregate amount of fees and expenses paid to the Applicant for services rendered and expenses incurred during the application period is a retainer of $10,283.

Applicant:
Thomas & Einarson, Ltd.

Teresa L. Einarson

Dated: 12/1/2016                By: /s/ Teresa L. Einarson

Thomas & Einarson, Ltd.
1200 Roosevelt Rd, Ste 150
Glen Ellyn, IL 60138
Tel. (630) 562-2280

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ADVANCED ROOFING & | ) | Case No. 15-27325 |
| WOODWORKING, INC. | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: December 22, 2016 |
| | ) | Hearing Time: 11:00 a.m |

FIRST AND FINAL APPLICATION OF THOMAS & EINARSON, LTD.
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Teresa L. Einarson, George A. Thomas and the law firm of Thomas & Einarson, Ltd. ("Applicant"), as duly authorized counsel for Advanced Roofing & Woodworking, Inc., pursuant to 11 U.S.C. Secs. 330 and 331, Rules 2002(a)(6), (I), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 50821-1 for entry of an Order for the allowance and payment of compensation for services rendered and expenses incurred as counsel for Advanced. In support of this Application, Applicant states:

I.
INTRODUCTION

On August 10, 2015, Advanced filed for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-referenced case and Advanced continued to operate as debtor-in-possession. On September 18, 2015 this Court entered an order authorizing Advanced to employ Applicant as counsel effective August 10, 2015 (Docket No. 20). This Application covers the period from August 10, 2015 through December 22, 2016, the anticipated date of Plan Confirmation (the Application Period). The Applicant has not previously requested nor obtained approval for payment of interim compensation. This Application seeks approval for and payment of 205.9 hours of legal services provided to Advanced during the Application Period and

1

reimbursement of expenses totaling $789.92. This Application also includes 4.0 hours of anticipated legal services for the period December 1, 2016 through December 22, 2016 for which Applicant seeks approval.

## II.
## JURISDICTION

1.) This Court has jurisdiction over the Case pursuant to Section 157(b)(2)(A) and (O) and 1134 of title 28, United States Code. This is a core proceeding pursuant to Section 157(b)(2)(A) of title 28, United States Code. Venue is proper pursuant to Sections 1408 and 1409 of title 28, United States code.

## III.
## BACKGROUND

2.) On August 10, 2015, Advanced filed for relief under Chapter 11 of the Bankruptcy Code, and continued thereafter to operate as debtor-in-possession.

3.) On September 18, 2015 this Court entered an order authorizing Advanced to employ Applicant as counsel effective August 10, 2015 (Docket No. 20).

4.) During the Application Period, Applicant provided Advanced with legal services that were reasonable and necessary to the administration of this Chapter 11 reorganization and the general nature of these services are set forth below and specific itemization of these services are attached hereto and incorporated herein.

## IV.
## NARRATIVE OF LEGAL SERVICES

5.) Applicant represented and advised Advanced on numerous matters related to this bankruptcy case. This narrative summary describes the legal services provided by Applicant to and on behalf of Advanced during the Application Period. Each professional task for which Applicant seeks compensation is separated into the following nine categories:

2

      A – General Estate Administration
      B – Administration as to Obtaining Credit, Sale of Advanced Asset
      C – Court Appearance as to Obtaining Credit, Sale of Advanced Asset
      D – Discovery Compliance
      E – Objections to Claims
      F – Court Appearances as to Objections to Claims
      G – Disclosure Statement and Plan
      H – Court Appearances as to Disclosure Statement and Plan
      I – Fee Application

The following narrative description of the foregoing categories describe or explains the services rendered therein and the necessity of and benefit to the estate.

## A – General Estate Administration

**Time Expended: 44.30 hours    Amount Requested: $13.230.00**

As counsel for Advanced while operating under chapter 11, Applicant's services included advising Advanced as to its rights and obligations as a debtor-in-possession and in the continued operation of its business; advising Advanced with regard to its legal relationship with secured, priority unsecured, unsecured creditors and equity security holders, past, present and future; negotiating with said creditors, their representatives and legal counsel as necessary; taking such legal action as was advisable or required in the best interests of Advanced; representing Advanced at the informal meeting with the Office of the United State Trustee and at the Meeting of Creditors; investigating potential preference and other actions; assisting Advanced in the review of financial information and preparation and filing of required monthly reports; and, otherwise assisting Advanced as necessary for the orderly administration of the estate.

A detailed breakdown and description of the services provided in this category, General Estate Administration, are attach as Exhibit A.

### B – Administration as to Obtaining Credit and Sale of Asset

**Time Expended: 13.70 hours        Amount Requested: $4,110.00**

As a roofing company, it is imperative that Advanced maintain insurance policies adequate to cover its potential liabilities. Because of the nature of Advanced's business, the annual premiums for general liability, workers compensation and automobile policies are high and Advanced has historically had to finance its insurance premiums. As Advanced's insurance policies neared expiration, Applicant communicated with the premium finance company and, drafted, filed and served motions to obtain the credit necessary to finance the insurance premiums.

Advanced also owned equipment that was stored at property owned by Anthony Marano Company and that was not necessary to the successful reorganization of Advanced. Because the cost to transport and repair the equipment potentially exceeded the value of the equipment, Applicant reached a settlement with Anthony Marano Company wherein the equipment was sold to Anthony Marano Company for $5,462. Payment of this sum was made by Anthony Marano's assumption of a $5,462 pre-petition debt owed to employee Joseph Zanko and disallowance of Joseph Zanko's $5,462 claim. Applicant communicated with the attorney for Anthony Marano Company and drafted, filed and served a motion seeking approval of the agreement.

A detailed breakdown and description of the services provided in this category, Administration as to Obtaining Credit and Sale of Advanced Asset is attach as Exhibit B.

### C – Court Appearances as to Obtaining Credit and Sale of Asset

**Time Expended: 4.60 hours        Amount Requested: $1,380.00**

A detailed breakdown and description of the services provided in this category, Court Appearances as to Obtaining Credit, Sale of Advanced Asset is attached as Exhibit C.

4

### D – Discovery Compliance

**Time Expended: 15.90 hours     Amount Requested: $4,695.00**

The attorney for the U.S. trustee obtained an order for a Rule 2004 exam and served a subpoena for documents upon Advanced.  Applicant worked with Advanced to identify the specific types of documents sought by the U.S. trustee; reviewed documents produced by Advanced; followed up with Advanced for additional documentation and detail; compiled responsive documents, and prepared and served a Response to the Subpoena upon the attorney for the U.S. Trustee.  Thereafter, the attorney for the unsecured creditors committee sought additional pre-petition information and documents, including but not limited to copies of bank statements, documents relating to secured debt, documents relating to the valuation of Advanced assets, and documents relating to insiders of Advanced.  The attorney for the unsecured creditors committee also sought information relating to the post-petition operations of Advanced including, but not limited to, post-petition payments to vendors/ material suppliers and joint check agreements.  Applicant worked with Advanced to identify the types of documents sought by the attorney for the Unsecured Creditors Committeee; reviewed documents; communicated with Advanced regarding additional documentation and detail; compiled documents responsive to the request and submitted documents and information to the attorney for the Unsecured Creditors Committee.  Applicant also met with the attorney for the UCC and the principal of Advanced to resolve any issues regarding additional discovery.  Requests from and responses to the attorney for the UCC remained informal in an effort to keep attorney's fees down.

A detailed breakdown and description of the services provided in this category, Discovery Compliance, is attached as Exhibit D.

### E – Claims and Objections to Claims

**Time Expended: 25.43 hours        Amount Requested: $7,629.00**

Applicant prepared and filed a motion to set a bar date for filing claims. Subsequent to the latest claims bar date, the Applicant met with the principal of Advanced to review the claims and identify claims to which Advanced objected. Applicant thereafter prepared and timely filed objections to claims. With the exception of one objection to claim that remains pending, the objections to claims have been resolved either through withdrawal, stipulation and agreed order, or order. Applicant's actions resulted in the disallowance of $116,442 of general unsecured claims. With respect to the claim of the Illinois Department of Employment Security, the Applicant successfully negotiated a set-off which reduced the priority unsecured claim of IDES by $27,730. With respect to the claim of the Internal Revenue Service, the Applicant was able to obtain the IRS's agreement to treat $114,714 of its secured/unsecured priority claim as a general unsecured claim and agreement to accept plan payments over five years commencing the first quarter of January 1, 2017. The agreements Applicant reached with the IRS and IDES made preparation of a Plan that would complete within 5 years feasible.

A detailed breakdown and description of the services provided in this category, Objection to Claims, is attached as Exhibit E.

### F – Court Appearances as to Claims and Objections to Claims

**Time Expended: 9.00 hours        Amount Requested: $2,700.00**

A detailed breakdown and description of the services provided in this category, Court Appearances as to Objections to Claims, is attached as Exhibit F.

### G.   Disclosure Statement and Plan

**Time Expended: 68.20 hours     Amount Requested: $20,460.00**

Applicant worked closely with the bookkeeper at Advanced and the court approved accountant for Advanced to prepare a Disclosure Statement that adequately informed creditors and parties in interest as to the history and background of Advanced, the post-petition operations and status of Advanced, and the projected future of Advanced. Using this information, Applicant prepared and filed a Plan and Disclosure Statement. Thereafter, Applicant communicated with and worked with the attorney for the unsecured creditors, governmental entities, including attorney for the IRS and IDES, the attorney for the U.S. Trustee, and the trustee of Charles Hankins' chapter 7 bankruptcy to prepare modified Plans and Disclosure Statements. The second modified Plan and Disclosure Statement, dated November 8, 2016, was agreed to by the IRS and IDES as well as the committee for the unsecured creditors. This Plan and Disclosure Statement dated November 8, 2016, along with appropriate ballots, have been served and hearing upon final approval of the disclosure statement and confirmation of the plan is scheduled for December 22, 2016.

A detailed breakdown and description of the services provided in this category, Disclosure Statement and Plan, is attached as Exhibit G.

### H.   Court Appearances as to Disclosure Statement and Plan

**Time Expended: 15.00 Hours     Amount Requested: $4,500.00**

A detailed breakdown and description of the services provided in this category, Court Appearances as to Disclosure Statement and Plan, is attached as Exhibit H.

7

**I – Fee Application**

**Time Expended: 9.80 hours          Amount Requested: $4,500.00**

This category includes services related to the preparation, filing and presentation of Applicant's first and final fee application. During the Application period, Applicant compiled Applicant's time records, categorized the time records by task and prepared this Application.

A detailed breakdown and description of the services provided in this category, Fee Application, is attached as Exhibit I.

**J – Expense Reimbursement**

**Amount Requested $789.92**

All of the expenses for which reimbursement is requested are out-of-pocket expenses which were incurred by Thomas & Einarson, Ltd. during the Application Period; are expenses which Thomas & Einarson, Ltd. customarily recoups from all of its clients and are the actual cost to Thomas & Einarson, Ltd.

A detailed breakdown and description of the Applicant's out-of-pocket expenses is attached as Exhibit J.

V.
RATES OF COMPENSATION

6.)    Unless otherwise noted, all services in this matter for which compensation are sought were performed by Teresa L. Einarson, billed at the rate of $300 per hour. Some services were performed by George A. Thomas, billed at the rate of $300 per hour and his initials appear next to those detailed time entries. Said rates of compensation are comparable, or better, to rates charged by other practitioners of similar standing, skill and experience in cases of equal

complexity and the services rendered were necessary and beneficial to the bankruptcy estate.

7.)    Thomas & Einarson, Ltd. is in possession of an Advanced Payment Retainer from Advanced Roofing & Woodworking, Inc. in the amount of $10,283 that it has not yet applied to Attorney's Fees and costs. Thomas & Einarson, Ltd. seeks approval to apply this sum to the approved amount of Attorney's Fees and costs. The balance of the fees and costs approved shall be paid from Advanced's Plan Account ending 3401, which had a balance of $115,499.32 on October 31, 2016.

8.)    Other than as provided for and allowed by 11 USC Sec. 504, there is no agreement between Thomas & Einarson, Ltd. and any other firm, person or entity for the sharing or division of any compensation paid or payable to Thomas & Einarson, Ltd.

## VI.
## NOTICE

9.)    Pursuant to Fed. R. Bankr. P. 2002, twenty one day's notice of this Application was provided through service on the U.S. Trustee, the Debtor, Secured Creditors, the attorney representing the Unsecured Creditors Committee, the 20 Largest Unsecured Creditors and other parties that have requested notice in the Case. Because the general unsecured creditors are receiving a fixed 20% of their claims and the amount to be paid to GUC's will not be affected by this Application, Thomas & Einarson, Ltd. requests, that additional notice of the hearing on this Application be waived for good cause pursuant to Fed.R,Bankr.P. 2016(a) and 9007.

WHEREFORE, Applicant, Teresa L. Einarson and the firm of Thomas & Einarson, Ltd. respectfully requests that this Honorable Court enter an order:

A.    approving attorney's fees in the amount of $61,644.00 and expense reimbursement in the amount of $789.82;

B. authorizing Thomas & Einarson, Ltd. to apply the $10,283 retainer to the fees and expenses; and,

C. authorizing the payment by Advanced Roofing & Woodworking, Inc. of the remaining balance of fees and expenses; and,

D. for any further relief this Court deems just and equitable.

Respectfully submitted,

Thomas & Einarson, Ltd.

By: /s/ Teresa L Einarson
One of its attorneys

Teresa L. Einarson
George A. Thomas
Thomas & Einarson, Ltd.
1200 Roosevelt Road, Suite 150
Glen Ellyn, IL  60137
Tel. (630) 562-2280