## IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| | ) | |
| Advanced Roofing & Woodworking, Inc. | ) | CASE NO. 15-27325 |
| | ) | |
| Debtor. | ) | Judge Jack Schmetterer |
| | ) | |

### NOTICE OF MOTION

TO:   Debtor, U.S. Trustee, Creditors and Parties in Interest

PLEASE TAKE NOTICE that on March 24, 2016, at 10:30 am., I shall appear before the Honorable Judge Jack B. Schmetterer, in Courtroom 682, of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the First and Final Application of Gary J. Fernandez & Associates, Ltd. for Allowance of Compensation, a copy of which is herewith served upon you and at which time and place you may appear and be heard.

ADVANCED ROOFING & WOODWORKING, INC.

By: ___Teresa L. Einarson_____
One of its attorneys.

### CERTIFICATE OF SERVICE

I, Teresa L. Einarson, an attorney, certify that a copy of the above referenced document was served upon the parties to whom this Notice is directed either electronically or by placing copies in envelopes and depositing the envelopes in the U.S. mail, first class mail, proper postage prepaid, on March 2, 2017.

By: ___Teresa L. Einarson_____

Teresa L. Einarson
Thomas & Einarson, Ltd.
1200 Roosevelt Rd, Ste 150
Glen Ellyn, IL  60138
Tel. (630) 562-2280

# IN THE UNITED STATE BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Chapter 11 |
| | ) | |
| Advanced Roofing & Woodworking, Inc. | ) | Case No. 15-27325 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:                           Gary J. Fernandez & Associates, Ltd.

Authorized to provide
professional services to:                    Advanced Roofing & Woodworking, Inc.

Date of Order Authorizing Employment:        September 18, 2015 (docket #21)

Period for which compensation is sought:     August 10, 2015 through November 30, 2016

Amount of fees sought:                       $2,050.00

Amount of expense reimbursement sought:   $    0.00

Amount of fees and expenses previously
Paid to Applicant:                           $    0.00

This is an:    Interim Application_____          First and Final Application  X

Applicant: Gary J. Fernandez & Associates, Ltd.

Dated: 2/8/2017                              By: /s/ Teresa L. Einarson
                                                 Attorney for Debtor

Thomas & Einarson, Ltd.
1200 Roosevelt Rd, Ste 150
Glen Ellyn, IL 60138
Tel. (630) 562-2280

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ADVANCED ROOFING & | ) | Case No. 15-27325 |
| WOODWORKING, INC. | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |

FIRST AND FINAL APPLICATION OF GARY J. FERNANDEZ & ASSOCIATES, LTD.
FOR ALLOWANCE OF COMPENSATION

Advanced Roofing & Woodworking, Inc. ("Debtor"), by its attorneys, Thomas & Einarson, Ltd., pursuant to 11 U.S.C. Secs. 330 and 331, Rules 2002(a)(6), (I), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 50821-1 requests that this Court enter an Order setting the amount of compensation to be paid to Gary J. Fernandez & Associates, Ltd., for accounting services rendered to Debtor and for authority to pay the accounting fees. In support thereof, Debtor states:

I.
JURISDICTION

1.) This Court has jurisdiction over the Case pursuant to Section 157(b)(2)(A) and (O) and 1134 of title 28, United States Code. This is a core proceeding pursuant to Section 157(b)(2)(A) of title 28, United States Code. Venue is proper pursuant to Sections 1408 and 1409 of title 28, United States code.

II.
INTRODUCTION AND BACKGROUND

2.) On August 10, 2015, Advanced filed for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-referenced case and Advanced continued to operate as debtor-in-possession. On September 18, 2015 this Court entered an order authorizing Advanced to employ Gary J. Fernandez & Associates, Ltd. to perform accounting services for Debtor

1

(Docket No. 21). This Application covers the period from August 10, 2015 through November 30, 2016. Gary J. Fernandez & Associates, Ltd. has not previously requested nor obtained approval for payment of interim compensation.

### III.
### NARRATIVE OF ACCOUNTING SERVICES

This Application seeks approval for and payment of:

3.) A flat fee of $725 for the preparation of Debtor's 2015 business tax returns.

4.) 5.0 hours at the rate of $265.00 for services related to the financial projections necessary for the preparation of the Plan and Disclosure Statement.

5. Said rates of compensation are comparable, or better, to rates charged by other professionals of similar standing, skill and experience and the services rendered were necessary and beneficial to the bankruptcy estate.

6.) A detailed Statement of Account for Services rendered is attached hereto.

### IV.
### NOTICE

7.) Pursuant to Fed. R. Bankr. P. 2002, twenty one day's notice of this Application was provided through service on the U.S. Trustee, the Debtor, the Creditors and Parties in Interest, and the attorney representing the Unsecured Creditors Committee.

WHEREFORE, Advanced Roofing & Woodworking, Inc. respectfully requests that this Honorable Court enter an order:

A.   approving accountant's fees in the total amount of $2,050.00;

B.   authorizing the payment by Advanced Roofing & Woodworking, Inc. of the allowed amount to Gary J. Fernandez & Associates, Ltd;

C.   for any further relief this Court deems just and equitable.

Respectfully submitted,

By:   /s/____Teresa L Einarson_____
     One of Debtor's attorneys

Teresa L. Einarson
George A. Thomas
Thomas & Einarson, Ltd.
1200 Roosevelt Road, Suite 150
Glen Ellyn, IL  60137
Tel. (630) 562-2280

3