## IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| | ) | |
| Advanced Roofing & Woodworking, Inc. | ) | CASE NO. 15-27325 |
| | ) | |
| Debtor. | ) | Judge Jack Schmetterer |
| | ) | |

### NOTICE OF MOTION

TO:   Debtor, U.S. Trustee, Creditors and Parties in Interest

PLEASE TAKE NOTICE that on March 24, 2016, at 10:30 am., I shall appear before the Honorable Judge Jack B. Schmetterer, in Courtroom 682, of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Motion for Entry of Order of Substantial Consummation and Final Decree, a copy of which is herewith served upon you and at which time and place you may appear and be heard.

ADVANCED ROOFING & WOODWORKING, INC.

By:   _Teresa L. Einarson_
One of its attorneys.

### CERTIFICATE OF SERVICE

I, Teresa L. Einarson, an attorney, certify that a copy of the above referenced document was served upon the parties to whom this Notice is directed either electronically or by placing copies in envelopes and depositing the envelopes in the U.S. mail, first class mail, proper postage prepaid, on March 2, 2017.

By:   _Teresa L. Einarson_

Teresa L. Einarson
Thomas & Einarson, Ltd.
1200 Roosevelt Rd, Ste 150
Glen Ellyn, IL  60138
Tel. (630) 562-2280

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ADVANCED ROOFING & | ) | Case No. 15-27325 |
| WOODWORKING, INC. | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |

## MOTION FOR ENTRY OF ORDER OF SUBSTANTIAL CONSUMMATION AND FINAL DECREE

Advanced Roofing & Woodworking, Inc. ("Advanced"), by and through its attorneys, Thomas & Einarson, Ltd., moves this Honorable Court for entry of an order of substantial consummation and final decree closing the case pursuant to 11 U.S.C. 1101(2), 11 U.S.C. 350(a) and FRBP 3022. In support of this Motion, Advanced states:

1. On December 22, 2016, this Honorable Court entered an order confirming the Debtor's Plan of Reorganization ("Plan"). [Docket #234].

2. Section 11 USC 1101(2) provides that:

    (2) "substantial consummation" means
    (A) transfer of all or substantially all of the property proposed by the plan to be transferred;
    (B) assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and,
    (C) commencement of distribution under the plan.

3. The Plan provides that "Charles Hankins shall remain the sole shareholder, officer and director of the reorganized debtor and equipment existing on the Petition Date, and still in the possession of Debtor, shall be transferred to the reorganized debtor to allow it to continue operations." (Plan, pg. 5).

1

4. All equipment has been transferred to the reorganized debtor, Advanced Roofing & Woodworking, Inc.; Advanced Roofing & Woodworking, Inc. is in possession of all assets; and Advanced Roofing & Woodworking, Inc. has assumed management, control and administration of all of the property dealt with by the Plan.

5. Advanced Roofing & Woodworking, Inc. has commenced distribution under the Plan by making the following required payments:

a.) payment of awarded compensation to Springer Brown, LLC in full (US Bank Checking - check #3436 dated 12/31/2016);

b.) payment of the 4th quarter 2016 U.S. Trustee Fee in full (US Bank Checking – check #3551 dated 1/27/2017);

c.) payment of a portion, by agreement, of awarded compensation to Thomas & Einarson, Ltd. (US Bank Checking – check #3414 dated 12/31/2016);

d.) the first quarterly payments to Unsecured Priority Tax Claimants, IRS, IDOR and IDES on January 27, 2016 (see attached Plan Payment Account check register);

e.) the first post-confirmation monthly payments to Class 2 and 3 secured claimant Union National Bank (US Bank Checking – check # 3490 dated 1/10/2017 and check #3548 dated 1/27/2017).;

f.) the first quarterly payment to Class 4 Secured Claimant IRS on January 27, 2017 (See attached Plan Payment Account check register);

g.) payment of the IDES $17,910 Class 5 Set-Off Claim by the Illinois Comptroller in accordance with the terms of the Plan; and,

h.) the first quarterly payment of Class 6 Unsecured Claims on January 27, 2017 (See attached Plan Payment Account check register).

6. Pursuant to 11 USC 1101(2), the Plan has been substantially consummated and substantially all of the provisions of the Plan have been complied with and only ministerial matters are yet to be performed.

7. Accordingly, Advanced Roofing & Woodworking, Inc., requests that this Court enter an order of substantial consummation and final decree closing the case pursuant to 11 USC 350 and FRBP 3022 with the Court to retain jurisdiction to reopen the case to afford relief to Debtor or Creditors for cause, including failure of Advanced Roofing & Woodworking, Inc. to complete its ministerial duty to make plan payments.

WHEREFORE, Advanced Roofing & Woodworking, Inc. respectfully requests that this Court enter an order of substantial consummation; a final decree closing the case; and, any further relief this Court deems just and appropriate.

                              ADVANCED ROOFING & WOODWORKING, INC.

                By:    Teresa L. Einarson
                          One of its attorneys

Teresa L. Einarson
Thomas & Einarson, Ltd.
1200 Roosevelt Road, Suite 150
Glen Ellyn, IL 60137
Tel. (630) 562-2280

## Advanced Roofing & Woodworking Inc

1/30/2017 8:45 AM

Register: US Plan Payment Account
From 01/01/2017 through 01/30/2017
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 01/27/2017 | | | Roof to disbursement a... | Deposit | | | 40,000.00 | 40,100.00 |
| 01/27/2017 | 101 | BK A1 Repair | Accounts Payable | Class 6 Claim I... | 11.69 | | | 40,088.31 |
| 01/27/2017 | 102 | BK Air Gas | Accounts Payable | class 6 claim in... | 65.28 | | | 40,023.03 |
| 01/27/2017 | 103 | BK Amb Roofing | Accounts Payable | class 6 claim in... | 892.50 | | | 39,130.53 |
| 01/27/2017 | 104 | BK American Interst... | Accounts Payable | class 6 claim in... | 587.60 | | | 38,542.93 |
| 01/27/2017 | 105 | BK Anthony Kubon | Accounts Payable | class 6 claim in... | 1,494.36 | | | 37,048.57 |
| 01/27/2017 | 106 | BK Auto Owners | Accounts Payable | class 6 claim in... | 515.52 | | | 36,533.05 |
| 01/27/2017 | 107 | BK AXA Equitable | Accounts Payable | class 6 claim in... | 120.00 | | | 36,413.05 |
| 01/27/2017 | 108 | BK Bartlett Chamber | Accounts Payable | class 6 claim in... | 23.30 | | | 36,389.75 |
| 01/27/2017 | 109 | BK Call One | Accounts Payable | class 6 claim in... | 87.45 | | | 36,302.30 |
| 01/27/2017 | 110 | BK Capital One Bank | Accounts Payable | class 6 claim in... | 301.93 | | | 36,000.37 |
| 01/27/2017 | 111 | BK Chicago Flamepr... | Accounts Payable | class 6 claim in... | 69.24 | | | 35,931.13 |
| 01/27/2017 | 112 | BK Cintas | Accounts Payable | class 6 claim in... | 90.59 | | | 35,840.54 |
| 01/27/2017 | 113 | BK Com Ed | Accounts Payable | class 6 claim in... | 515.67 | | | 35,324.87 |
| 01/27/2017 | 114 | BK Comcast | Accounts Payable | class 6 claim in... | 30.31 | | | 35,294.56 |
| 01/27/2017 | 115 | BK Custom Gutter | Accounts Payable | class 6 claim in... | 70.00 | | | 35,224.56 |
| 01/27/2017 | 116 | BK Dallas National | Accounts Payable | class 6 claim in... | 28.93 | | | 35,195.63 |
| 01/27/2017 | 117 | BK Detection System... | Accounts Payable | class 6 claim in... | 142.80 | | | 35,052.83 |
| 01/27/2017 | 118 | BK Edgerton & Edge... | Accounts Payable | class 6 claim in... | 156.60 | | | 34,896.23 |
| 01/27/2017 | 119 | BK Firestone Buildin... | Accounts Payable | class 6 claim in... | 72.80 | | | 34,823.43 |
| 01/27/2017 | 120 | BK First Data | Accounts Payable | class 6 claim in... | 76.36 | | | 34,747.07 |
| 01/27/2017 | 121 | BK First Insurance F... | Accounts Payable | class 6 claim in... | 870.09 | | | 33,876.98 |
| 01/27/2017 | 122 | BK Gemini Insuranc... | Accounts Payable | class 6 claim in... | 650.00 | | | 33,226.98 |
| 01/27/2017 | 123 | BK Hackneys Classic... | Accounts Payable | class 6 claim in... | 55.00 | | | 33,171.98 |
| 01/27/2017 | 124 | BK Heritage Harley | Accounts Payable | class 6 claim in... | 130.94 | | | 33,041.04 |
| 01/27/2017 | 125 | BK HS Heating & C... | Accounts Payable | class 6 claim in... | 220.00 | | | 32,821.04 |
| 01/27/2017 | 126 | BK Hytech Products | Accounts Payable | class 6 claim in... | 260.33 | | | 32,560.71 |
| 01/27/2017 | 127 | BK IDES Benefit Pa... | Accounts Payable | Priority unsecu... | 2,922.96 | | | 29,637.75 |
| 01/27/2017 | 128 | BK IL Dept of Rev | Accounts Payable | class 6 claim in... | 20.55 | | | 29,617.20 |
| 01/27/2017 | 129 | BK IRS Secured Deb... | Accounts Payable | Class 4 Claim ... | 15,978.45 | | | 13,638.75 |
| 01/27/2017 | 130 | BK IRS Unsecured P... | Accounts Payable | Priority Unsecu... | 5,407.47 | | | 8,231.28 |
| 01/27/2017 | 131 | BK J&W Painting | Accounts Payable | class 6 claim in... | 53.00 | | | 8,178.28 |
| 01/27/2017 | 132 | BK Kropp Equipment | Accounts Payable | class 6 claim in... | 109.70 | | | 8,068.58 |
| 01/27/2017 | 133 | BK Il dept of rev BK ... | Accounts Payable | Priority unsecu... | 173.43 | | | 7,895.15 |
| 01/27/2017 | 134 | BK Lux Security Sys... | Accounts Payable | class 6 claim in... | 28.80 | | | 7,866.35 |
| 01/27/2017 | 135 | BK M&A Truck Rep... | Accounts Payable | class 6 claim in... | 1,376.57 | | | 6,489.78 |
| 01/27/2017 | 136 | BK Manufacturer Ne... | Accounts Payable | class 6 claim in... | 17.40 | | | 6,472.38 |
| 01/27/2017 | 137 | BK Marie Kubon | Accounts Payable | class 6 claim in... | 1,469.96 | | | 5,002.42 |
| 01/27/2017 | 138 | BK Marks Machine ... | Accounts Payable | class 6 claim in... | 55.21 | | | 4,947.21 |
| 01/27/2017 | 139 | BK Mary Kuly | Accounts Payable | class 6 claim in... | 175.00 | | | 4,772.21 |

## Advanced Roofing & Woodworking Inc

1/30/2017 8:45 AM

Register: US Plan Payment Account
From 01/01/2017 through 01/30/2017
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 01/27/2017 | 140 | BK McMaster Carr S... | Accounts Payable | class 6 claim in... | 89.42 | | | 4,682.79 |
| 01/27/2017 | 141 | BK Menards | Accounts Payable | class 6 claim in... | 65.94 | | | 4,616.85 |
| 01/27/2017 | 142 | BK Nicor | Accounts Payable | class 6 claim in... | 25.60 | | | 4,591.25 |
| 01/27/2017 | 143 | BK Novo Point | Accounts Payable | class 6 claim in... | 177.66 | | | 4,413.59 |
| 01/27/2017 | 144 | BK Oakbrook Office ... | Accounts Payable | class 6 claim in... | 92.21 | | | 4,321.38 |
| 01/27/2017 | 145 | BK Penske Truck | Accounts Payable | class 6 claim in... | 192.67 | | | 4,128.71 |
| 01/27/2017 | 146 | BK Pitney Bowes | Accounts Payable | class 6 claim in... | 146.54 | | | 3,982.17 |
| 01/27/2017 | 147 | BK Plewa Developers | Accounts Payable | class 6 claim in... | 70.00 | | | 3,912.17 |
| 01/27/2017 | 148 | BK Pro Fastening Sy... | Accounts Payable | class 6 claim in... | 56.00 | | | 3,856.17 |
| 01/27/2017 | 149 | BK Purchase Power | Accounts Payable | class 6 claim in... | 196.26 | | | 3,659.91 |
| 01/27/2017 | 150 | BK Residential Steel | Accounts Payable | class 6 claim in... | 540.00 | | | 3,119.91 |
| 01/27/2017 | 151 | BK Rmz Remodeling | Accounts Payable | class 6 claim in... | 306.63 | | | 2,813.28 |
| 01/27/2017 | 152 | BK Safety Services | Accounts Payable | class 6 claim in... | 52.50 | | | 2,760.78 |
| 01/27/2017 | 153 | BK STA Tax Defense | Accounts Payable | class 6 claim in... | 350.00 | | | 2,410.78 |
| 01/27/2017 | 154 | BK Sustainable Light... | Accounts Payable | class 6 claim in... | 89.66 | | | 2,321.12 |
| 01/27/2017 | 155 | BK The Hartford Gro... | Accounts Payable | class 6 claim in... | 320.60 | | | 2,000.52 |
| 01/27/2017 | 156 | BK Travelers Insuran... | Accounts Payable | class 6 claim in... | 217.50 | | | 1,783.02 |
| 01/27/2017 | 157 | BK Trs Recovery | Accounts Payable | class 6 claim in... | 332.56 | | | 1,450.46 |
| 01/27/2017 | 158 | BK Yellow Pages | Accounts Payable | class 6 claim in... | 158.40 | | | 1,292.06 |