IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 15-27325 |
| | ) | |
| Advanced Roofing & Woodworking, Inc. | ) | Chapter 11 |
| | ) | |
| Debtor in possession. | ) | Judge Jack B. Schmetterer |

## CERTIFICATE OF SERVICE

I, Teresa L. Einarson, an attorney, certify that on March 2, 2017, I served:

1. Notice of Motion, Cover Sheet for Application for Professional Compensation and First and Final Application of Gary J. Fernandez & Associates, Ltd. for Allowance of Compensation [Docket No. 244];

2. Notice of Motion and Motion for Entry of Order of Substantial Consummation and Final Decree [Docket #245]; and,

3. Status of Initial Plan Payments [Docket No. 247]

either by ECF or by placing a copy of each in envelopes addressed to the parties listed on the attached Service List and depositing the envelopes in the U.S. mail, first class mail proper postage prepaid.

/s/   Teresa L. Einarson

Teresa L. Einarson
George A. Thomas
Thomas & Einarson, Ltd.
1200 E. Roosevelt Road, Suite 150
Glen Ellyn, IL 60137
Telephone: (630) 562-2280

## SERVICE LIST

### ECF SERVICE:

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St.
Room 873
Chicago, IL 60604

Mark J. McClenathan
Heyl Royster Voelker & Allen
120 West State Street
2nd Floor, PNC Bank Building
Rockford, IL 61101

Elizabeth Bates
Springer Brown LLC
300 S. County Farm Rd., Suite I
Wheaton, IL 60187

Maura Yusof
Heyl Royster Voelker & Allen
19 S. LaSalle Street, Suite 1203
Chicago, IL 60603

### U.S. Mail Service:

A1 Repair
45 S. Maple St.
Elgin, IL 60232

Air Gas
PO Box 802558
Chicago, IL 60680

Anthony Kubon
789 W. Anthony Drive
Palatine, IL 60067

Advanced Roofing &
Woodworking, Inc.
29W225 North Ave.
West Chicago, IL 60185

ABC Supply Co. Inc.
Attn: Jodi Jothen
2901 Commerce Park Dr.
Fitchburg, WI 53719

Allied Building Products Corp.
Harrington/Jenny Santos
15 E. Union Ave.
East Rutherford, NJ 07073

AXA Equitable
PO Box 371459
Pittsburgh, PA 15250

Bartlett Chamber of Commerce
138 S. Oak Ave.
Bartlett, IL 60103

Call One
180 W. Washington, Ste 910
Chicago, IL 60602

Technician Roofing, Inc.
Attn: Calixto Perez
1480 Barnard Drive
Addison, IL 60101

MacArthur Co.
2400 Wyclift St.
St. Paul, MN 55114
Attn: Marcia Kaczmarek

Whiteman Law Offices
118 N. Clinton St., Ste. 17
Chicago, IL 60661

CNA Insurance
P.O. Box 6065-02
Hermitage, PA 16148

Advanced Roofing Team
3601 IL-53
Rolling Meadows, IL 60008

IDES Benefit Payment
Control Division
P.O. Box 4385
Chicago, IL 60680

Internal Revenue Service
c/o Michael Kelly
Asst. U.S. Atty
219 S. Dearborn, 5th Floor
Chicago, IL 60604

Liberty Mutual Insurance
P.O. Box 9502
Dover, NH 03821-9502

Richards Building Supply Co.
c/o Connonito & Assoc., Ltd.
12070 W. 159th St.
Homer Glen, IL 60491

Canon Financial Services
111 W. Washington St.
Suite 1900
Chicago, IL 60602

Canon Financial Services
Attn: L. Peterick
5600 Broken Sound Blvd.
Boca Raton, FL 33487

Vac It All Services
4533 Green Park Rd.
St. Louis, MO 63123

Pat Pesch
5147 Foxhunt Drive
Wesley Chappel, FL 33543

M & A Truck Repairs
1480 Imhoff Drive
Lake in the Hills, IL 60156

First Insurance Funding
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062

Vela Insurance
11516 Nicholas, Ste 301
Omaha, NE 68154

ComEd
Attn: Bankruptcy Div.
3 Lincoln Center
Oakbrook Terrace, IL 60181

Residential Steel Fabricators, Inc
1555 Gilpen Avenue
South Elgin, IL 60177

AMB Roofing &
Sheet Metal
c/o Richard Short
PO Box 621
Fox Lake, IL 60020

American Interstate
Insurance Co.
2301 Hwy 190
West Derrider, LA 70634

Auto Owners Insurance
P.O. Box 30315
Lansing, MI 48909

Jeff Burns
Haskin Corrigan Tabis
& Parravano PC
128 S. County Farm Rd, Ste A
Wheaton, IL 60187

Chicago Flameproof
1200 S. Lake St.
Montgomery, IL 60538

Capital One Bank
c/o American Infosource LP
PO Box 71083
Charlotte, NC 28272

MacArthur Co MN Corp
dba Insulation Plus
Mark J. McClenathan
Heyl Royster Voelker & Allen
120 W. State St.
PNC Building, 2nd Floor
Rockford, IL 61101

Cintas
PO Box 88005
Chicago, IL 60680

Custom Gutter & Supply
28457 N. Ballard Dr, Ste E
Lake Forest, IL 60045

Comcast
PO Box 3002
South Eastern, PA 19398-3002

Dallas National
5501 Lyndon B Johnson Fwy
Dallas, TX 75240

Detection Systems & Service
935 W. Hawthorne
West Chicago, IL 60185

Edgerton & Edgerton
125 Wood St.
West Chicago, IL 60185

Firestone Building Products
250 W. 96th St.
Indianapolis, IN 46260

First Data
PO Box 173845
Denver, CO 80217

Gemini Insurance Co.
Patricia Martinez
311 S. Wacker Dr. #3600
Chicago, IL 60606

Hackney's Classic
Heating & Cooling
952 W. Lake St., Ste 1
Roselle, IL 60172

Heritage Harley
2595 Ogden Ave.
Lisle, IL 60053

HS Heating & Cooling
14306 S. Surrey Court
Homer Glen, IL 60491

HY-Tech Products
4705 Brookpark Rd.
Cleveland, OH 44134

Illinois Dept. of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664

J & W Painting
3475 Sorrel Drive
Northbrook, IL 60062

Kropp Equipment
1020 Kennedy Avenue
Schererville, IN 46375

Lux Security Systems
3611 N. Nottingham
Chicago, IL 60634

Manufacturer's News
1633 Central St.
Evanston, IL 60201

Marie Kubon
789 W. Anthony Drive
Palatine, IL 60067

Mark's Machine Shop
416 North Main St.
Sycamore, IL 60178

Mary Kuly
0S611 Prince Crossing Rd.
West Chicago, IL 60185

McMaster Carr Supply Co.
PO Box 4355
Chicago, IL 60680

Menards
4777 Menards Dr.
Eau Claire, WI 54703

Nicor
PO Box 2020
Aurora, IL 60507

Novo Point
740 N. Plankinton Ave. Ste 500
Milwaukee, WI 53230

Oak Brook Office Solutions
5403 Patten Dr., Unit 214
Lisle, IL 60532

Penske Truck
29W533 North Ave.
West Chicago, IL 60185

Pitney Bowes
27 Waterview Dr.
Shelton, CT 05484

Plewa Developers
4637 N. Ozark Ave.
Norridge, IL 60706

Pro Fastening Systems
44 E. University Drive
Arlington Heights, IL 60004

Purchase Power
PO Box 371874
Pittsburgh, PA 15250

RMZ Remodeling
6557 W. Addison, Apt. 3E
Chicago, IL 60634

Safety Services Company
2626 S. Roosevelt, Suite 2
Tempe, AZ 85282

STA Tax Defense
1275 Barclay Blvd
Buffalo Grove, IL 60089

Sustainable Lighting
201 James St.
Bensenville, IL 60106

The Hartford Group
PO Box 660916
Dallas, TX 75266

Travelers Insurance
CL Remittance Center
Hartford, CT 06183

Yellow Pages
PO Box 53282
Atlanta, GA 30355

TRS Recovery Services, Inc.
5251 Westheimer Rd.
Houston, TX 77056

Forest Trails
600 S. Bartlett Rd.
Bartlett, IL 60103