UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-27325 |
| ADVANCED ROOFING & WOODWORKING, INC. | ) ) ) ) ) | Chapter: 11<br>Honorable Jack Schmetterer |
| Debtor(s) | ) | |

## FINAL DECREE CLOSING CASE

    THIS CAUSE COMING before the Court on the motion of Advanced Roofing & Woodworking, Inc. for entry of an order of substantial consummation and final decree closing the case pursuant to 11 U.S.C. 1101(2), 11 U.S.C. 350(a) and FRBP 3022; due notice having been given; the Court finding the Plan has been substantially consummated; and, the Court being advised in the premises:

    IT IS HEREBY ORDERED that the Trustee is discharged and the case is closed.

Enter: /s/ Jack B. Schmetterer

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: April 07, 2017

**Prepared by:**

Teresa L Einarson
Thomas & Einarson, Ltd.
1200 Roosevelt Rd, Suite 150
Glen Ellyn, IL  60137
(630) 562-2280